**Case Nos. 24-1828 (L), 24-1831, 24-1832**

# IN THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

IN RE: GARDASIL PRODUCTS LIABILITY LITIGATION

TESSA NEEDHAM,
*Plaintiff-Appellant*,

v.

MERCK & COMPANY, INC., et al.,
*Defendants-Appellees*.

ANGELA M. WALKER,
*Plaintiff-Appellant*,

v.

MERCK & COMPANY, INC., et al.,
*Defendants-Appellees*.

SHANIE D. ROMAN, et al.,
*Plaintiff-Appellant*,

v.

MERCK & COMPANY, INC., et al.,
*Defendants-Appellees*.

On appeal from the United States District Court for
the Western District of North Carolina, Nos. 3:22-md-03036,
3:24-cv-00291, 3:24-cv-00433, and 3:24-cv-00278

# MERCK'S CONSENT MOTION
# TO EXCEED LENGTH LIMITATION
# FOR RESPONSE BRIEF

Pursuant to Rule 27(a) of the Federal Rules of Appellate Procedure and Fourth Circuit Rule 32(b), Appellees Merck & Co., Inc. and Merck Sharp & Dohme LLC (collectively "Merck") move for leave to file a response brief not in excess of 18,000 words.

In support of this motion, Merck states as follows:

1.  Appellants filed their opening brief on December 4, 2024. *See* Doc. No. 30. Their brief raises four issues across three appeals. *See id.* at 2-3; *see also* Doc. No. 2 (ordering consolidation of the appeals).

2.  Prior to filing their brief, Appellants sought and received leave to file an opening brief that does not exceed 18,000 words. *See* Doc. Nos. 26-27. Appellants certified that their brief contains 17,981 words. *See* Doc. No. 30 at 92.

3.  Under Fourth Circuit Rule 32(b), a party may move for permission to submit a brief that exceeds the length limitations in Rule 32(a)(7)(B) of the Federal Rules of Appellate Procedure. The motion must be made at least ten days before the deadline for filing the brief.

2

Because the deadline for Merck to file its response brief is February 3, 2025, *see* Doc. No. 33, this motion is timely.

  4. Merck requests that the length limitation for its brief match the enlarged length limitation that Appellants sought and received from this Court. This enlargement will facilitate Merck's efforts to prepare a response brief that responds thoroughly to Appellants' arguments.

  5. Counsel for Merck has consulted with counsel for Appellants, who consent to the relief sought in this motion.

  For these reasons, Merck requests that the Court grant leave to Merk to file a response brief not in excess of 18,000 words and order all further relief that it deems appropriate.

  This the 7th day of January, 2025.

Respectfully submitted,

/s/ David C. Wright III
David C. Wright III
ROBINSON, BRADSHAW & HINSON, P.A.
101 N. Tryon Street, Suite 1900
Charlotte, NC 28246
Telephone: (704) 377-8322
Facsimile: (704) 373-3922
dwright@robinsonbradshaw.com

Allyson M. Julien
Edward J. Dumoulin
GOLDMAN ISMAIL TOMASELLI
  BRENNAN & BAUM LLP
200 South Wacker Drive
22nd Floor
Chicago, IL 60606
Telephone: (312) 881-5968
Facsimile: (312) 881-5191
ajulien@goldmanismail.com
edumoulin@goldmanismail.com

*Counsel for Defendants-Appellees Merck & Company, Inc. and Merck Sharp & Dohme LLC*