FILED: September 4, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 24-1828 (L)
(3:22-md-03036-KDB)
(3:24-cv-00291-KDB)

———————————

IN RE: GARDASIL PRODUCTS LIABILITY LITIGATION

------------------------------

TESSA NEEDHAM

　　　　　　Plaintiff - Appellant

and

PAYTON BERGIN; KAMERON HILTON; JESSICA RAYMER; KRISTA
LANDERS; TANJA WAGNER, on behalf of S.W.; SCOTT WAGNER, on behalf
of S.W.; JASMYNE GRAMZA; ADRIANA MERINO; ALLEN VELA, on
behalf of J.V.; EDNA BARBA, on behalf of J.V.; MAESON DERR; CORINN
MCELERNEY; RUBY SILVER; ELIZABETH LANDERS, on behalf of I.L.;
JULIA BALASCO; ASHLEY DALTON; SAHARA WALKER; ASHLEY
MULLER; MARK THOMAS, on behalf of Z.T.; JEFFREY K. HODDICK;
COOPER HUMPHRIES; MADELYN LIPSCOMB; SAVANNAH FLORES;
MICHAEL COLBATH; NALON A. SOILEAU; EMMA SULLIVAN; DARBY
HENDRIX; CARISSA FETTERS, as lawful guardian ad litem of Minor Child
S.F.; EDUARDO ATJIAN, II; SKYLEE BUTLER; MADELYN MALLOY;
JULIETTE LEVY, as lawful guardian ad litem of Minor Child J.L.; AVERY
ESHELMAN; SARAH LUKAS; MACKENZIE PENNELL; ETHAN HARTLE;
CHRISTINA L. PRUDDEN; MEGAN MARIE ROEDER; AUDREY
HINOJOSA HERNANDEZ SARNI; AINA RIZVI; CHERYL ROLF, on behalf
of M.R.; SHANNON CANITZ; MADISON IVEY; ARIANNA REDDICKS;
KRISTA O'BRIEN, Individually and on behalf of M.O., Individually and;
TRISTEN J. HORTON; MADELINE A. COUNTS; KORRINE HERLTH;

PAIGE GRAVES, Individually and on behalf of D.G.; ISABELLA NEVES; CAMILLE NYBOER; ALEXANDRA NUNEZ; LAKIA BRAYBOY; KELLI S. FOLEY, individually and as Administratrix of the Estate of Noah Tate Foley; CLIFTON K. FOLEY, individually and as Administrator of the Estate of Noah Tate Foley; DANA HILDEN; CATHERINE BOSS; ASHLEY AMERICA; KAITLYN KING; FAHTIMA ISAAC; LJUBITZA GHIARDI; COURTNEY KUNYSZ; ASHLYN BANCROFT; MARY ELLOUISE BOND; EMILY CAFARELLA; SEAN C. SICARD; ERIKA N. SNELL; JAYDEN SUMRALL; JENCY MCCLAIN, as lawful guardian ad litem of Minor Child M.M.; CHAUNNA M. LANE; ALYSSA M. WILFONG; HANNAH FOSTER; CLARA J. NICKELS; GEORGIA T. WALL; KRISTEN LINTON, as lawful guardian ad litem of Minor Child C.K.; LAURENCIA AMPEDU, as lawful guardian ad litem of Minor Child J.A.; CARLY ZIMMERMAN; LOGAN T. DUNN; JADEN I. MCTIGHE; ANNA PUNSWICK; HANNAH E. DAVIS; WHITNEY ALEXANDER; OLIVIA TILLEY; CAROLINE GRACE CANTERA; RYAN SUGHRUE; SAMANTHA N. BRADY; MICHELE DAMIANO; AUSTIN L. DEGRANGE; SORIELY FLORES; HAILEY SCHMACHT; ELAINA BOUW; ARTURO VASQUEZ, II; KATHERINE SHOWALTER; AUTUMN ORM; REBECCA SULLIVAN, as lawful guardian ad litem of Minor Child A.S.; IMANI CORBETT; GRACE DRUMMOND; CHASE A. CLARKE; MARY WHITE, as lawful guardian ad litem of Minor Child M.A.; KATHERINE E. MILLER; JODIE E. JOHNSON; YOUN HEE LEE; CIENA WESTRICH; GIANNA N. DINARDO; GWENDOLYN KIEFT; ANN MARIE INDORF, as lawful guardian ad litem of Minor Child K.I.; BRIANNA HEISEY; TAYLOR ARCHIBALD-ROMERO; EMILY HASS; MAIAH FAAPOULI; KYLEE A. CARLESON; MEGAN ROGERS; LINDSEY PEPPERS; KATIE R. NEHRING; REBECCA GRAEME; SHERRY BURD, as lawful guardian ad litem of Minor Child E.B.; ELIZABETH LAYNE; TAREK H. MAKKI; BRAELYN CATES; MARYAH N. BETHEL; AARON MILLER; HALEY PHILLIPPI; ADRIAN MONTANO; KAITLYN WILSON; JUNIOUS NIELSEN; JOSEPH MEIER; CHRISTY ALLEN, on behalf of Her Minor Child E.A.; LESLIE M. MARTINEZ; SUZANNE TANNER, as lawful guardian ad litem of Minor Child L.T.; SHILOH WILLIAMS; ANDREA LEATHERS; CRISTAL BELLO; ALEXIS HOBACK; TEAGAN GRABISH; KRISTEN MCCAFFERTY; MADISON AGUILERA; ALEXIS NOWAKOWSKI; MACKENZIE GARDETT; MELANIE HOARD, as lawful guardian ad litem of Minor Child R. H.; HARMONY L. CALHOUN; VALERIE BETANCOURT; TORRI KIDDER; HALEY PETZ; STEPHANIE M. MCCOY; ASHLEY B. JOHNS; CHARLEIGH GADD; LAUREN JOHNSON; JACOB DRAKE; HANNAH M. HUIE; AARON FORD; CLARISSA D. OLIVE; PHAEDRA MCLAUGHLIN; HUNTER MILLER; SYLVIA KLINE, on behalf of B.H.; MADELINE DANIEL; TRICIA

UNRATH, on behalf of A.U.; LAUREN HOOVER; KRISTILEE MAIELLA;
T.J.B., as lawful guardian ad litem of Minor Child C.A.B.; D.B., as lawful
guardian ad litem of Minor Child C.A.B.; NICHOLAS POLITANO; JADA
BRISBOIS; MARY E. HARNOCZ; LYNDZEE WEISS; KRISTINE ZUGGI,
Individually and as Administrator of the Estate of Isabella L. Zuggi; LYNNE
GUZMAN, Individually and as Administrator of the Estate of Sydney M.
Figueroa; LAUREN ARGIRI; DAVID HAMMETT, on behalf of minor child
E.H.; JUDY HAMMETT, on behalf of minor child E.H.; WILLIAM D. ESKEW;
PARKER G. ESKEW; JESSICA A. FISCHER; MATTHEW LAURENZI;
EMILY MERCER; JESSICA N. BROWN; ANNALISE N. GRATOVICH;
CRYSTAL MOREFIELD, as lawful guardian ad litem of Minor Child A.J.; ERIN
FERGUSON as Administrator of the Estate of Haley N. Ferguson; NADIA
NOEL; AVA WILSON; CASSANDRA L. SURACI; SHAREE BARBER, as
lawful guardian ad litem of Minor Child A.B.; ASHLEY LANGELIER; SHAREE
BARBER, as lawful guardian ad litem of Minor Child A.B.; DENISE
BERNHANG, as lawful guardian ad litem of Minor Child B.B.; SHANIE D.
ROMAN; JORDAN AGUILAR; ALEXA FLORES; ELIZABETH MILLER;
ALYSSA ROBINSON; SAMANTHA SEAGER; MIKAYLA J. VACHER;
ALEXANDRA CANTALUPO; CHRIS STRICKLAND, individually and as next
friend of K.S.; AMANDA FLORES, as guardian ad litem of J.F.; CARLEY L.
KUNYSZ; SHEA GILLSTRAP, as lawful guardian ad litem of Minor Child A.N.;
MELISSA MALLOY; WILLOW WREN; ANGELA M. WALKER; ELLA
BURROUGHS; ANNA KRUPP; MATTHEW IROKU; MORGAN KIRBY;
KARESSA HINSON-SHERWOOD; SHYLA SMITH; REBECCA J. BARGER;
CHLOE LEMAY-ASSH; HALYN DUTCHER; AMY TURNER; ZACHARIA
FARAG; KRISTEN EDWARDS DEMPSEY; ANDREA MAE WARREN

       Plaintiffs

v.

MERCK & COMPANY, INC.; MERCK SHARP & DOHME LLC

       Defendants - Appellees

and

WATCHUNG PEDIATRICS, a Partnership; VINEETHA A. ALIAS, D.O.;
SUSAN P. KORB, APN; DOES 1 THROUGH 50, inclusive

       Defendants

—————————————

No. 24-1831
(3:22-md-03036-KDB)
(3:24-cv-00433-KDB)

—————————————

IN RE: GARDASIL PRODUCTS LIABILITY LITIGATION

-------------------------------

ANGELA M. WALKER

       Plaintiff - Appellant

and

PAYTON BERGIN; KAMERON HILTON; JESSICA RAYMER; KRISTA
LANDERS; TANJA WAGNER, on behalf of S.W.; SCOTT WAGNER, on behalf
of S.W.; JASMYNE GRAMZA; ADRIANA MERINO; ALLEN VELA, on
behalf of J.V.; EDNA BARBA, on behalf of J.V.; MAESON DERR; CORINN
MCELERNEY; RUBY SILVER; ELIZABETH LANDERS, on behalf of I.L.;
JULIA BALASCO; ASHLEY DALTON; SAHARA WALKER; ASHLEY
MULLER; MARK THOMAS, on behalf of Z.T.; JEFFREY K. HODDICK;
COOPER HUMPHRIES; MADELYN LIPSCOMB; SAVANNAH FLORES;
MICHAEL COLBATH; NALON A. SOILEAU; EMMA SULLIVAN; DARBY
HENDRIX; CARISSA FETTERS, as lawful guardian ad litem of Minor Child
S.F.; EDUARDO ATJIAN, II; SKYLEE BUTLER; MADELYN MALLOY;
JULIETTE LEVY, as lawful guardian ad litem of Minor Child J.L.; AVERY
ESHELMAN; SARAH LUKAS; MACKENZIE PENNELL; ETHAN HARTLE;
CHRISTINA L. PRUDDEN; MEGAN MARIE ROEDER; AUDREY
HINOJOSA HERNANDEZ SARNI; AINA RIZVI; CHERYL ROLF, on behalf
of M.R.; SHANNON CANITZ; MADISON IVEY; ARIANNA REDDICKS;
KRISTA O'BRIEN, Individually and on behalf of M.O., Individually and;
TRISTEN J. HORTON; MADELINE A. COUNTS; KORRINE HERLTH;
PAIGE GRAVES, Individually and on behalf of D.G.; ISABELLA NEVES;
CAMILLE NYBOER; ALEXANDRA NUNEZ; LAKIA BRAYBOY; KELLI S.
FOLEY, individually and as Administratrix of the Estate of Noah Tate Foley;
CLIFTON K. FOLEY, individually and as Administrator of the Estate of Noah
Tate Foley; DANA HILDEN; CATHERINE BOSS; ASHLEY AMERICA;
KAITLYN KING; FAHTIMA ISAAC; LJUBITZA GHIARDI; COURTNEY

KUNYSZ; ASHLYN BANCROFT; MARY ELLOUISE BOND; EMILY
CAFARELLA; SEAN C. SICARD; ERIKA N. SNELL; JAYDEN SUMRALL;
JENCY MCCLAIN, as lawful guardian ad litem of Minor Child M.M.;
CHAUNNA M. LANE; ALYSSA M. WILFONG; HANNAH FOSTER; CLARA
J. NICKELS; GEORGIA T. WALL; KRISTEN LINTON, as lawful guardian ad
litem of Minor Child C.K.; LAURENCIA AMPEDU, as lawful guardian ad litem
of Minor Child J.A.; CARLY ZIMMERMAN; LOGAN T. DUNN; JADEN I.
MCTIGHE; ANNA PUNSWICK; HANNAH E. DAVIS; WHITNEY
ALEXANDER; OLIVIA TILLEY; CAROLINE GRACE CANTERA; RYAN
SUGHRUE; SAMANTHA N. BRADY; MICHELE DAMIANO; AUSTIN L.
DEGRANGE; SORIELY FLORES; HAILEY SCHMACHT; ELAINA BOUW;
ARTURO VASQUEZ, II; KATHERINE SHOWALTER; AUTUMN ORM;
REBECCA SULLIVAN, as lawful guardian ad litem of Minor Child A.S.;
IMANI CORBETT; GRACE DRUMMOND; CHASE A. CLARKE; MARY
WHITE, as lawful guardian ad litem of Minor Child M.A.; KATHERINE E.
MILLER; JODIE E. JOHNSON; YOUN HEE LEE; CIENA WESTRICH;
GIANNA N. DINARDO; GWENDOLYN KIEFT; ANN MARIE INDORF, as
lawful guardian ad litem of Minor Child K.I.; BRIANNA HEISEY; TAYLOR
ARCHIBALD-ROMERO; EMILY HASS; MAIAH FAAPOULI; KYLEE A.
CARLESON; MEGAN ROGERS; LINDSEY PEPPERS; KATIE R. NEHRING;
REBECCA GRAEME; SHERRY BURD, as lawful guardian ad litem of Minor
Child E.B.; ELIZABETH LAYNE; TAREK H. MAKKI; BRAELYN CATES;
MARYAH N. BETHEL; AARON MILLER; HALEY PHILLIPPI; ADRIAN
MONTANO; KAITLYN WILSON; JUNIOUS NIELSEN; JOSEPH MEIER;
CHRISTY ALLEN, on behalf of Her Minor Child E.A.; LESLIE M.
MARTINEZ; SUZANNE TANNER, as lawful guardian ad litem of Minor Child
L.T.; SHILOH WILLIAMS; ANDREA LEATHERS; CRISTAL BELLO;
ALEXIS HOBACK; TEAGAN GRABISH; KRISTEN MCCAFFERTY;
MADISON AGUILERA; ALEXIS NOWAKOWSKI; MACKENZIE GARDETT;
MELANIE HOARD, as lawful guardian ad litem of Minor Child R. H.;
HARMONY L. CALHOUN; VALERIE BETANCOURT; TORRI KIDDER;
HALEY PETZ; STEPHANIE M. MCCOY; ASHLEY B. JOHNS; CHARLEIGH
GADD; LAUREN JOHNSON; JACOB DRAKE; HANNAH M. HUIE; AARON
FORD; CLARISSA D. OLIVE; PHAEDRA MCLAUGHLIN; HUNTER
MILLER; SYLVIA KLINE, on behalf of B.H.; MADELINE DANIEL; TRICIA
UNRATH, on behalf of A.U.; LAUREN HOOVER; KRISTILEE MAIELLA;
T.J.B., as lawful guardian ad litem of Minor Child C.A.B.; D.B., as lawful
guardian ad litem of Minor Child C.A.B.; NICHOLAS POLITANO; JADA
BRISBOIS; MARY E. HARNOCZ; LYNDZEE WEISS; KRISTINE ZUGGI,
Individually and as Administrator of the Estate of Isabella L. Zuggi; LYNNE
GUZMAN, Individually and as Administrator of the Estate of Sydney M.

Figueroa; LAUREN ARGIRI; DAVID HAMMETT, on behalf of minor child
E.H.; JUDY HAMMETT, on behalf of minor child E.H.; WILLIAM D. ESKEW;
PARKER G. ESKEW; JESSICA A. FISCHER; MATTHEW LAURENZI;
EMILY MERCER; JESSICA N. BROWN; ANNALISE N. GRATOVICH;
CRYSTAL MOREFIELD, as lawful guardian ad litem of Minor Child A.J.; ERIN
FERGUSON as Administrator of the Estate of Haley N. Ferguson; NADIA
NOEL; AVA WILSON; CASSANDRA L. SURACI; SHAREE BARBER, as
lawful guardian ad litem of Minor Child A.B.; ASHLEY LANGELIER; SHAREE
BARBER, as lawful guardian ad litem of Minor Child A.B.; DENISE
BERNHANG, as lawful guardian ad litem of Minor Child B.B.; SHANIE D.
ROMAN; JORDAN AGUILAR; ALEXA FLORES; ELIZABETH MILLER;
TESSA NEEDHAM; ALYSSA ROBINSON; SAMANTHA SEAGER;
MIKAYLA J. VACHER; ALEXANDRA CANTALUPO; CHRIS
STRICKLAND, individually and as next friend of K.S.; AMANDA FLORES, as
guardian ad litem of J.F.; CARLEY L. KUNYSZ; SHEA GILLSTRAP, as lawful
guardian ad litem of Minor Child A.N.; MELISSA MALLOY; WILLOW WREN;
ELLA BURROUGHS; ANNA KRUPP; MATTHEW IROKU; MORGAN
KIRBY; KARESSA HINSON-SHERWOOD; SHYLA SMITH; REBECCA J.
BARGER; CHLOE LEMAY-ASSH; HALYN DUTCHER; AMY TURNER;
ZACHARIA FARAG; KRISTEN EDWARDS DEMPSEY; ANDREA MAE
WARREN

       Plaintiffs

v.

MERCK & COMPANY, INC.; MERCK SHARP & DOHME LLC

       Defendants - Appellees

and

WATCHUNG PEDIATRICS, a Partnership; VINEETHA A. ALIAS, D.O.;
SUSAN P. KORB, APN; DOES 1 THROUGH 50, inclusive

       Defendants

———————————————

No. 24-1832
(3:22-md-03036-KDB)
(3:24-cv-00278-KDB)

———————————————

IN RE: GARDASIL PRODUCTS LIABILITY LITIGATION

------------------------------

SHANIE D. ROMAN

                Plaintiff - Appellant

and

PAYTON BERGIN; KAMERON HILTON; JESSICA RAYMER; KRISTA
LANDERS; TANJA WAGNER, on behalf of S.W.; SCOTT WAGNER, on behalf
of S.W.; JASMYNE GRAMZA; ADRIANA MERINO; ALLEN VELA, on
behalf of J.V.; EDNA BARBA, on behalf of J.V.; MAESON DERR; CORINN
MCELERNEY; RUBY SILVER; ELIZABETH LANDERS, on behalf of I.L.;
JULIA BALASCO; ASHLEY DALTON; SAHARA WALKER; ASHLEY
MULLER; MARK THOMAS, on behalf of Z.T.; JEFFREY K. HODDICK;
COOPER HUMPHRIES; MADELYN LIPSCOMB; SAVANNAH FLORES;
MICHAEL COLBATH; NALON A. SOILEAU; EMMA SULLIVAN; DARBY
HENDRIX; CARISSA FETTERS, as lawful guardian ad litem of Minor Child
S.F.; EDUARDO ATJIAN, II; SKYLEE BUTLER; MADELYN MALLOY;
JULIETTE LEVY, as lawful guardian ad litem of Minor Child J.L.; AVERY
ESHELMAN; SARAH LUKAS; MACKENZIE PENNELL; ETHAN HARTLE;
CHRISTINA L. PRUDDEN; MEGAN MARIE ROEDER; AUDREY
HINOJOSA HERNANDEZ SARNI; AINA RIZVI; CHERYL ROLF, on behalf
of M.R.; SHANNON CANITZ; MADISON IVEY; ARIANNA REDDICKS;
KRISTA O'BRIEN, Individually and on behalf of M.O., Individually and;
TRISTEN J. HORTON; MADELINE A. COUNTS; KORRINE HERLTH;
PAIGE GRAVES, Individually and on behalf of D.G.; ISABELLA NEVES;
CAMILLE NYBOER; ALEXANDRA NUNEZ; LAKIA BRAYBOY; KELLI S.
FOLEY, individually and as Administratrix of the Estate of Noah Tate Foley;
CLIFTON K. FOLEY, individually and as Administrator of the Estate of Noah

Tate Foley; DANA HILDEN; CATHERINE BOSS; ASHLEY AMERICA; KAITLYN KING; FAHTIMA ISAAC; LJUBITZA GHIARDI; COURTNEY KUNYSZ; ASHLYN BANCROFT; MARY ELLOUISE BOND; EMILY CAFARELLA; SEAN C. SICARD; ERIKA N. SNELL; JAYDEN SUMRALL; JENCY MCCLAIN, as lawful guardian ad litem of Minor Child M.M.; CHAUNNA M. LANE; ALYSSA M. WILFONG; HANNAH FOSTER; CLARA J. NICKELS; GEORGIA T. WALL; KRISTEN LINTON, as lawful guardian ad litem of Minor Child C.K.; LAURENCIA AMPEDU, as lawful guardian ad litem of Minor Child J.A.; CARLY ZIMMERMAN; LOGAN T. DUNN; JADEN I. MCTIGHE; ANNA PUNSWICK; HANNAH E. DAVIS; WHITNEY ALEXANDER; OLIVIA TILLEY; CAROLINE GRACE CANTERA; RYAN SUGHRUE; SAMANTHA N. BRADY; MICHELE DAMIANO; AUSTIN L. DEGRANGE; SORIELY FLORES; HAILEY SCHMACHT; ELAINA BOUW; ARTURO VASQUEZ, II; KATHERINE SHOWALTER; AUTUMN ORM; REBECCA SULLIVAN, as lawful guardian ad litem of Minor Child A.S.; IMANI CORBETT; GRACE DRUMMOND; CHASE A. CLARKE; MARY WHITE, as lawful guardian ad litem of Minor Child M.A.; KATHERINE E. MILLER; JODIE E. JOHNSON; YOUN HEE LEE; CIENA WESTRICH; GIANNA N. DINARDO; GWENDOLYN KIEFT; ANN MARIE INDORF, as lawful guardian ad litem of Minor Child K.I.; BRIANNA HEISEY; TAYLOR ARCHIBALD-ROMERO; EMILY HASS; MAIAH FAAPOULI; KYLEE A. CARLESON; MEGAN ROGERS; LINDSEY PEPPERS; KATIE R. NEHRING; REBECCA GRAEME; SHERRY BURD, as lawful guardian ad litem of Minor Child E.B.; ELIZABETH LAYNE; TAREK H. MAKKI; BRAELYN CATES; MARYAH N. BETHEL; AARON MILLER; HALEY PHILLIPPI; ADRIAN MONTANO; KAITLYN WILSON; JUNIOUS NIELSEN; JOSEPH MEIER; CHRISTY ALLEN, on behalf of Her Minor Child E.A.; LESLIE M. MARTINEZ; SUZANNE TANNER, as lawful guardian ad litem of Minor Child L.T.; SHILOH WILLIAMS; ANDREA LEATHERS; CRISTAL BELLO; ALEXIS HOBACK; TEAGAN GRABISH; KRISTEN MCCAFFERTY; MADISON AGUILERA; ALEXIS NOWAKOWSKI; MACKENZIE GARDETT; MELANIE HOARD, as lawful guardian ad litem of Minor Child R. H.; HARMONY L. CALHOUN; VALERIE BETANCOURT; TORRI KIDDER; HALEY PETZ; STEPHANIE M. MCCOY; ASHLEY B. JOHNS; CHARLEIGH GADD; LAUREN JOHNSON; JACOB DRAKE; HANNAH M. HUIE; AARON FORD; CLARISSA D. OLIVE; PHAEDRA MCLAUGHLIN; HUNTER MILLER; SYLVIA KLINE, on behalf of B.H.; MADELINE DANIEL; TRICIA UNRATH, on behalf of A.U.; LAUREN HOOVER; KRISTILEE MAIELLA; T.J.B., as lawful guardian ad litem of Minor Child C.A.B.; D.B., as lawful guardian ad litem of Minor Child C.A.B.; NICHOLAS POLITANO; JADA BRISBOIS; MARY E. HARNOCZ; LYNDZEE WEISS; KRISTINE ZUGGI,

Individually and as Administrator of the Estate of Isabella L. Zuggi; LYNNE GUZMAN, Individually and as Administrator of the Estate of Sydney M. Figueroa; LAUREN ARGIRI; DAVID HAMMETT, on behalf of minor child E.H.; JUDY HAMMETT, on behalf of minor child E.H.; WILLIAM D. ESKEW; PARKER G. ESKEW; JESSICA A. FISCHER; MATTHEW LAURENZI; EMILY MERCER; JESSICA N. BROWN; ANNALISE N. GRATOVICH; CRYSTAL MOREFIELD, as lawful guardian ad litem of Minor Child A.J.; ERIN FERGUSON as Administrator of the Estate of Haley N. Ferguson; NADIA NOEL; AVA WILSON; CASSANDRA L. SURACI; SHAREE BARBER, as lawful guardian ad litem of Minor Child A.B.; ASHLEY LANGELIER; SHAREE BARBER, as lawful guardian ad litem of Minor Child A.B.; DENISE BERNHANG, as lawful guardian ad litem of Minor Child B.B.; JORDAN AGUILAR; ALEXA FLORES; ELIZABETH MILLER; TESSA NEEDHAM; ALYSSA ROBINSON; SAMANTHA SEAGER; MIKAYLA J. VACHER; ALEXANDRA CANTALUPO; CHRIS STRICKLAND, individually and as next friend of K.S.; AMANDA FLORES, as guardian ad litem of J.F.; CARLEY L. KUNYSZ; SHEA GILLSTRAP, as lawful guardian ad litem of Minor Child A.N.; MELISSA MALLOY; WILLOW WREN; ANGELA M. WALKER; ELLA BURROUGHS; ANNA KRUPP; MATTHEW IROKU; MORGAN KIRBY; KARESSA HINSON-SHERWOOD; SHYLA SMITH; REBECCA J. BARGER; CHLOE LEMAY-ASSH; HALYN DUTCHER; AMY TURNER; ZACHARIA FARAG; KRISTEN EDWARDS DEMPSEY; ANDREA MAE WARREN

       Plaintiffs

v.

MERCK & COMPANY, INC.; MERCK SHARP & DOHME LLC

       Defendants - Appellees

and

WATCHUNG PEDIATRICS, a Partnership; VINEETHA A. ALIAS, D.O.; SUSAN P. KORB, APN; DOES 1 THROUGH 50, inclusive

       Defendants

---

# J U D G M E N T

---

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK